730

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN ABNEY, Appellant.

Submitted January 20, 2009; decided February 11, 2009

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DENNIS, Appellant.

Submitted January 20, 2009; decided February 11, 2009

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD FRANCE, Appellant.

Submitted November 24, 2008; decided February 11, 2009

Motion to vacate this Court's November 7, 2008 preclusion order granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS PAYTON, Appellant.

Submitted January 20, 2009; decided February 11, 2009

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.